15-6574PO

DOR: 12/14/15

# United States District Court
## Violation Notice

CVB Location Code: A-51

| Violation Number | Officer Name (Print) | Officer No. |
| --- | --- | --- |
| F 4631635 | Robert | A-381334 |

F 4631635

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
| --- | --- |
| 08/16/2014 1400 | 36CFR 261.58(e) |

Place of Offense: Chavez Ranch Road - Oak Creek

Offense Description: Camping in an area closed to camping

**DEFENDANT INFORMA**[redacted]

| Last Name | First Name | M.I. |
| --- | --- | --- |
| Scott | Michael | |

Street Address

[redacted]

| Tag No. | State | Year | Make | Type | Color |
| --- | --- | --- | --- | --- | --- |
| No | | Vehicle | | | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 50 Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ 75.00 Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address

Date (mm/dd/yyyy)

Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature Michael Scott

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (8/07)

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 16, 20 14 while exercising my duties as a law enforcement officer in the Federal District of Arizona

While on patrol of Oak Creek on the Red Rock District of the Coconino National Forest, I encountered a man, lying inside a full sized school bus that had been converted into a recreational vehicle. The man, later identified verbally as MICHAEL SCOTT, stated that he stayed and slept in the bus through the previous night. I explained to MR. SCOTT that the area was closed to overnight camping. He claimed to be unaware of the regulation, and I directed him to the "No Camping" sign located 15 feet from the bus. I cited MR. SCOTT for camping in an area closed to camping as provided under 36CFR 261.58e and pursuant to forest order 04-99-02R.

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/18/2014 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______

Date (mm/dd/yyyy) U.S. Magistrate Judge